68 F.3d 457
 Regal Industries, Inc.
v.
Genal Strap, Inc., d/b/a Vogue Watchstrap Creations, d/b/a
Linea; Regal Industries, Inc. v. Genal Strap, Inc., d/b/a
Vogue Watchstrap Creations, d/b/a Linea, Genal Strap, Inc.,
d/b/a Vogue Watchstrap Creations, d/b/a Linea
 NOS. 94-1854, 94-1881
 United States Court of Appeals,
Third Circuit.
 Sept 26, 1995
 Appeal From: E.D.Pa., No. 93-00209
 
 1
 AFFIRMED IN PART; APPEAL DISMISSED IN PART.